Kevin S. Sinclair, Esq., Nevada Bar No. 12277
  *ksinclair@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Attorneys for Plaintiff's Assignee
FIRST AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CANON U.S.A., INC.,<br><br>            Plaintiff,<br><br>       vs.<br><br>THUY LE a/k/a THUY TRONG LE a/k/a TONY LE; THANH P. NGUYEN a/k/a THANH PHUONG NGUYEN a/k/a THANH NGUYEN; MICHELLE T. TRAN a/k/a MICHELLE DUONG; and DOES 1 - 10, inclusive,<br><br>            Defendants. | Case No.: 2:18-cv-2240-APG-VCF<br><br>**STIPULATION AND ORDER SUBSTITUTING FIRST AMERICAN TITLE INSURANCE COMPANY AS THE PLAINTIFF IN THIS ACTION** |

**STIPULATION AND PROPOSED ORDER**

**WHEREAS,** the United States District Court for the Central District of California entered a judgment in favor of plaintiff and judgment creditor Canon U.S.A., Inc. ("Canon") and against defendants and judgment debtors Thuy Le a/k/a Thuy Trong Le a/k/a Tony Le, Thanh P. Nguyen a/k/a Thanh Phuong Nguyen a/k/a Thanh Nguyen, and Michelle T. Tran a/k/a Michelle Duong (collectively, "Judgment Debtors"), in *Canon U.S.A., Inc. v. Thuy Le, et al.*, Case No. 8:15-cv-00938-JVS-E on February 26, 2016 (the "Judgment");

**WHEREAS,** pursuant to the terms of an October 29, 2018 settlement agreement (the "Agreement"), Canon assigned all of its right, title, and interest in the Judgment to First American Title Insurance Company, a Nebraska corporation ("First American");

**WHEREAS,** pursuant to the terms of the Agreement, First American is to substitute into this proceeding in Canon's place and stead;

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

1
**STIPULATION AND PROPOSED ORDER**

Canon and First American, by and through their undersigned counsel, **HEREBY STIPULATE AND AGREE AS FOLLOWS:** Pursuant to Fed. R. Civ. P. 25, First American is hereby substituted as plaintiff in this action, in Canon's place and stead.

Respectfully submitted,

Dated: November 7, 2018

BUCHALTER, a Professional Corporation

By: _____
Michael L. Wachtell, State Bar No. 4778
mwachtell@buchalter.com
1000 Wilshire Boulevard
Suite 1500
Los Angeles, CA 90017-2457
Tel: 213-891-0700
Fax: 213.896.0400

Attorneys for Plaintiff
CANON U.S.A., INC.

Dated: November 7, 2018

EARLY SULLIVAN WRIGHT GIZER & McRAE LLP

By: _____
Kevin S. Sinclair, State Bar No. 12277
ksinclair@earlysullivan.com
601 South Seventh Street, 2nd Floor
Las Vegas, Nevada 89101
Telephone: (702) 331-7593
Facsimile: (702) 331-1652
Attorneys for Plaintiff's Assignee
FIRST AMERICAN TITLE INSURANCE COMPANY

**ORDER**

The parties having stipulated,

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 21, 2018.