# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY, <br><br>     Plaintiff <br><br> v. <br><br> THUY LE, et al., <br><br>     Defendants | Case No.: 2:18-cv-02240-APG-VCF <br><br> **Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff First American Title Insurance Company's response to the order to show cause (ECF No. 16),

I ORDER that the order to show cause (ECF No. 13) is satisfied and I will not administratively close this case at this time.

DATED this 4th day of January, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE