**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>THUY LE, et al.,<br><br>    Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of plaintiff First American Title Insurance Company's response to the order to show cause (ECF No. 19),

I ORDER that the order to show cause (ECF No. 18) is satisfied and I will not administratively close this case at this time.

I FURTHER ORDER plaintiff First American Title Insurance Company to file a status report by March 31, 2022 updating its collection efforts.

DATED this 19th day of November, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE