UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>THUY LE, et al.,<br><br>Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order Deeming Order to Show Cause Satisfied** |

On November 19, 2021, I ordered plaintiff First American Title Insurance Company to file a status report by March 31, 2022 updating its collection efforts. ECF No. 20. First American did not do so.

I THEREFORE ORDER First American to file the ordered status report by April 12, 2022. Failure to respond to this order will result in this case being closed.

DATED this 1st day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE