**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>THUY LE, et al.,<br><br>  Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order** |

In light of plaintiff First American Title Insurance Company's status report (ECF No. 22), I will not close this action at this time.

I ORDER that plaintiff First American Title Insurance Company shall file a status report by October 31, 2022 updating its collection efforts between now and then.

DATED this 13th day of April, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE