# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>Plaintiff<br><br>v.<br><br>THUY LE, et al.,<br><br>Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order** |

In light of plaintiff First American Title Insurance Company's status report (ECF No. 24), I will not close this action at this time.

I ORDER plaintiff First American Title Insurance Company to file a status report by June 1, 2023 updating its collection efforts between now and then.

DATED this 1st day of November, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE