UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>  Plaintiff<br><br>v.<br><br>THUY LE, et al.,<br><br>  Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order** |

Plaintiff First American Title Insurance Company's recent status report fails to explain what collection efforts are underway, where those efforts are being pursued, and why this case must remain administratively open for First American to continue with its collection efforts. Thus, I will administratively close this case unless First American can show cause why I should not do so.

I ORDER plaintiff First American Title Insurance Company to show cause why I should not administratively close this case. Failure to respond by July 6, 2023 will result in this case being administratively closed.

DATED this 12th day of June, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE