UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FIRST AMERICAN TITLE INSURANCE COMPANY,<br><br>          Plaintiff<br><br>     v.<br><br>THUY LE, et al.,<br><br>          Defendants | Case No.: 2:18-cv-02240-APG-VCF<br><br>**Order Administratively Closing File** |

    This case was opened to assist plaintiff First American Title Insurance Company (FATCO) to recover on a foreign judgment.  The case has been pending over five years with very little action in the past three years.  FATCO has been conducting debtors' exams in California. ECF No. 35 at 2.  But it fails to explain why this case must remain open to assist in those efforts.  I will administratively close this case, and FATCO can move to reopen it if the court's services are needed in the future.

    I THEREFORE ORDER the clerk of the court to administratively close this case.  FATCO may move to reopen the case in the future if needed.

    DATED this 3rd day of July, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE