# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

FIRST AMERICAN TITLE INSURANCE COMPANY,

     Plaintiff

v.

THUY LE, et al.,

     Defendants

Case No.: 2:18-cv-02240-APG-MDC

**Order Administratively Closing Case**

In light of the plaintiff's response to the order to show cause (ECF No. 47),

I ORDER the clerk of court to administratively close this case.

DATED this 29th day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE